UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

      Case No 24-40888

Julian Lionel Best,

      Chapter 13

  Debtor.


-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Suzanne Youssef, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004


Dated: March 7, 2024
Westbury, NY

      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
      Attorney for Secured Creditor
      900 Merchants Concourse, Suite 310

24-194784 - SuY

        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:     (516) 280-7674

        By: <u>/s/ Suzanne Youssef</u>
        Suzanne Youssef, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Julian Lionel Best,

    Debtor.

Case No 24-40888

Chapter 13

-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2024, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

JULIAN LIONEL BEST
415 LEFFERTS AVE
BROOKLYN, NY  11225

KRISTA M PREUSS
KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY  11753

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
ROOM 510
NEW YORK, NY  10004-1408

24-194784 - SuY

Dated: March 7, 2024
Westbury, NY

By: /s/ Amber Matas